

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 1, 2009

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

### Re: United States v. Sonny Desposito
### 09 Cr. 430 (CS)

Dear Judge Seibel:

    The Government writes, with the consent of defense counsel, to request a one week adjournment of the Government's time to file a superseding indictment and produce discovery from October 2, 2009 until October 9, 2009. The Government consents to a one week adjournment of the date for defendant's time to file motions until November 6, 2009. The Government' s opposition would be due November 27, 2009 and the defendant's reply would be due December 4, 2009. Any hearing will be held on December 22, 2009 at 9:15. Enclosed is an order requesting, with the consent of defense counsel, the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from the date of the Order until November 6, 2009.

    Thank you for your consideration of this matter.

Very truly yours,

PREET BHARARA
United States Attorney

By: /s/ Kathryn Martin
Kathryn M. Martin
Assistant United States Attorney
(914) 993-1963 (phone)
(914) 993-9036 (fax)

SO ORDERED.
/s/ Cathy Seibel
**Cathy Seibel, U.S.D.J.**

Dated: 10/1/09

cc:    Sam Braverman, Esq. (By Fax)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :
                                              ORDER
         - v. -                     :
                                      09 Cr. 430 (CS)
SONNY DESPOSITO,                    :

         Defendant.                 :

                                    :
- - - - - - - - - - - - - - - - - - - - - - - - x
```

    Upon the application of the Government, by and through Assistant United States Attorney Kathryn M. Martin, and with the consent of SONNY DESPOSITO, by and through his counsel, Sam Braverman, Esq., it is hereby ORDERED that the time between the date of this Order and November 6, 2009 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

    The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the defendant and his counsel time to review the discovery material and determine whether the defendant wishes to make motions.

Dated: White Plains, New York
    October _1_, 2009

            *Cathy Seibel*
            HONORABLE CATHY SEIBEL
            UNITED STATES DISTRICT JUDGE