# UNITED STATES DISTRICT COURT
for the
Southern District of New York

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   S1 09 Cr. 430 (CS)
)
Sonny Desposito )
)
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____New York_____
*(identify the person or describe the property to be searched and give its location)*:
Sonny Desposito, who will be produced to 300 Quarropas Street, White Plains, New York, 10601

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
DNA EVIDENCING VIOLATIONS OF 21 U.S.C. § 2113(a) and (d); 28 U.S.C. § 1512(c)(1); and 18 U.S.C. § 844(h)(1). DNA SAMPLES TO BE OBTAINED BY ORAL SWABBING AS SET FORTH IN SUPPORTING AFFIDAVIT. PLEASE ALSO SEE ATTACHED AFFIDAVIT.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____7/31/10_____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the Clerk of the Court.
☑ Upon its return, this warrant and inventory should be filed under seal by the Clerk of the Court. __CS__
*USMJ Initials*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for _____ days *(not to exceed 30)*.
☐until, the facts justifying, the later specific date of _____.

Date and time issued:   7/20/10 5pm   _____Cathy Seibel_____
*Judge's signature*

City and state:   White Plains, New York   _____The Honorable Cathy Seibel_____
*Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>S1 09 Cr. 430 (CS) | Date and time warrant executed:<br>7/21/2010  1:15 pm | Copy of warrant and inventory left with:<br>Sonny Desposido |
| Inventory made in the presence of :<br>Michael Burke, Sarah Krissoff, US Marshals - Roche, Santos | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>Three Bucal Oral Swabs From Sonny Desposito | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the Court.

Date: 7/21/2010

_____
Executing officer's signature

Paul Wiegartner  Special Agent
Printed name and title