JOSEPH A. VITA
ATTORNEY AT LAW
327 Irving Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-690-2007

May 4, 2011

Via fax to 390-4278

Hon. Cathy Seibel
United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   USA v. Sonny Desposito
      09 CR 430 (CS)

Dear Judge Seibel:

With the consent of the Government by AUSA Sarah R. Krissoff I am requesting a 2 week adjournment in the sentencing date in the above matter, presently scheduled for May 12, 2011.

Thank you for your consideration of this application.

Respectfully submitted,

Joseph A. Vita

cc: via fax to AUSA Sarah R. Krissoff; 993-9036

---

*Handwritten annotation:*

Sentencing adjourned to: May 23, 2011 @ 10:30 am

**SO ORDERED:**
Cathy Seibel, U.S.D.J.
Dated: 5/4/11

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/11