*CJA No fee required*

Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

Caption:

USA

v.

Sonny Desposito

Docket No.: 09-CR-00430-1 (CS)

Cathy Seibel
(District Court Judge)

Notice is hereby given that Sonny Desposito appeals to the United States Court of Appeals for the Second Circuit from the judgment ___, other | _____
(specify)
entered in this action on June 17, 2011.
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |___|

Defendant found guilty by plea |   | trial |✓| N/A |   |

Offense occurred after November 1, 1987? Yes |✓| No |   | N/A |   |

Date of sentence: May 23, 2011    N/A |___|

Bail/Jail Disposition: Committed |✓|  Not committed |   | N/A |   |

Appellant is represented by counsel? Yes |✓| No |   | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Joseph A. Vita, Esq. |
| Counsel's Address: | 327 Irving Avenue |
| | Port Chester, NY 10573 |
| Counsel's Phone: | 914-939-5401 |
| Assistant U.S. Attorney: | Sarah R. Krissoff, Esq. |
| AUSA's Address: | 300 Quarropas Street |
| | White Plains, NY 10601 |
| AUSA's Phone: | 914-993-1928 |

*[signature]*
Signature